

# CORRECTED BILL OF COSTS

## TEXAS COURT OF APPEALS, FIFTH DISTRICT, AT DALLAS

No. 05-10-00690-CV

ARGO DATA RESOURCE CORPORATION AND MAX MARTIN

V.

BALKRISHNA SHAGRITHAYA

(Trial Court No. 07-15149-I in the 162nd Judicial District Court of Dallas County)

**The costs incurred on appeal to the Fifth Court of Appeals Dallas, Texas are below:**

| Fee Date | Type of Fee | Charges | Paid | Paid By |
|---|---|---|---|---|
| 09/03/2014 | Motion fee | $10.00 | E-PAID | GWEN GONZALES |
| 06/12/2013 | Supreme Court fee for petition for review | $25.00 | PAID | DYKEMA GOSSETT PLLC |
| 09/21/2012 | Required Texas.gov efiling fee | $5.00 | E-PAID | GWENDOLYN GONZALES |
| 03/01/2012 | Required Texas.gov efiling fee | $4.00 | PAID | DYLAN RUSELL |
| 03/01/2012 | Filing fee of motion | $10.00 | PAID | DYLAN RUSELL |
| 03/30/2011 | Filing fee of motion | $10.00 | PAID | HAYNES BOONE |
| 01/24/2011 | Filing fee of motion | $10.00 | PAID | K&L GATES LLP |
| 12/31/2010 | Supplemental Clerk's record | $101.00 | PAID | HAYNES AND BOONE |
| 10/29/2010 | Filing fee of motion | $10.00 | PAID | HAYNES BOONE |
| 10/20/2010 | Reporter's Record | $16,176.32 | PAID | HAYNES & BOONE AND CARRINGTON COLEMAN |
| 09/30/2010 | Clerk's record | $7,383.00 | PAID | HAYNES AND BOONE AND CARRINGTON COLEMAN |
| 06/09/2010 | Filing | $175.00 | PAID | HAYNES BOONE |
| 06/09/2010 | Filing | $175.00 | PAID | CARRINGTON COLEMAN |

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **LISA MATZ, CLERK** OF THE FIFTH COURT OF APPEALS OF THE STATE OF TEXAS AT DALLAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fifth District of Texas, this September 8, 2014.

**/s/ LISA MATZ, Clerk of the Court**